IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA PEDROZA | : CIVIL ACTION |
| | : |
| v. | : NO. 24-666 |
| | : |
| FRITZ GERALD VICTOR | : |
| | : |

## ORDER

**AND NOW,** this 8th day of October 2025, upon considering Plaintiff's renewed Motion to vacate (ECF 13) our June 20, 2024 Order (ECF 10) dismissing this matter over fifteen months ago after we afforded Plaintiff an opportunity to show cause as to why we should not dismiss for lack of prosecution (ECF 9), and based on the findings and analysis in today's accompanying Memorandum, it is **ORDERED** we **DENY** Plaintiff's Motion (ECF 13) and direct the Clerk of Court to again **close** this case.

_____
KEARNEY, J.